IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00037-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FERNANDO ROJO-QUINTERO,
2. JESUS ORTIZ-VALENZUELA,
3. MARCOS ANTONIO LOPEZ-MEDINA,
4. **JESUS LUIS REYES-FLORES**,

    Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on December 2, 2005. A Change of Plea hearing is set for **January 13, 2006 at 9:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than noon on January 11, 2006.** If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (***see* **D.C.COLO.LCrR 11.1F).** In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for January 20, 2006, and the five-day trial in this matter, set to commence January 30, 2006, are VACATED.

DATED: December 5, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge