IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00037-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FERNANDO ROJO-QUINTERO,
2. JESUS ORTIZ-VALENZUELA,
3. MARCOS ANTONIO LOPEZ-MEDINA,
4. **JESUS LUIS REYES-FLORES**,

    Defendants.

---

## ORDER TO RESET CHANGE OF PLEA HEARING

Defendant Reyes-Flores' Unopposed Motion to Continue Change of Plea Hearing (Dkt. # 184) is GRANTED. It is hereby

ORDERED that the change of plea hearing set for January 13, 2006 is CONTINUED to **February 13, 2006 at 9:30 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on February 10, 2006.** <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>.

    DATED: January 4, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge