IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00037-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FERNANDO ROJO-QUINTERO,
2. JESUS ORTIZ-VALENZUELA,
3. MARCOS ANTONIO LOPEZ-MEDINA,
4. **JESUS LUIS REYES-FLORES**,

    Defendants.

## ORDER TO RESET SENTENCING

This matter is before the Court *sua sponte*. It is ORDERED that the sentencing on behalf of Defendant Reyes-Flores, currently set for May 8, 2006 is RESET to **May 17, 2006 at 8:30 a.m.**

DATED: March 29, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge